Agnello Sorrentino, as Administrator, etc., of Andrew Sorrentino, Deceased, Respondent, v. The City of New York, Appellant, and The Long Island Railroad Company, Defendant.— Order denying motion of defendant The City of New York to dismiss the complaint for failure to prosecute affirmed, with ten

dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.